

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

September 8, 2016

**BY ECF**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: <u>United States</u> v. <u>Dwaine Collymore</u>, 16 Cr. 521 (CM)

Dear Judge McMahon:

  The Government writes to respectfully request that the Court enter the enclosed protective order in this case.  Such an order is necessary because some of the relevant documents in this case contain and/or reflect sensitive material concerning ongoing law enforcement investigations and/or personal identification information of third parties.  I have communicated with counsel for the defendant, and the defendant, through counsel, has no objection to this request.

            Respectfully submitted,

            PREET BHARARA
            United States Attorney

      By: _____
            Jared Lenow/Hagan Scotten
            Assistant United States Attorney
            (212) 637-1068/2410

cc (by email):

Jeremy Schneider, Esq.
*Counsel for Dwaine Collymore*