UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA         :         16 Cr. 521 (CM)

   - against -                            :         <u>Notice of Motion</u>

DWAINE COLLYMORE,                  :

          Defendant.               :
------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, defendant DWAINE COLLYMORE hereby moves this Court, the Hon. Colleen McMahon, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order:

    a. Pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure and *United States v. Wade*, 388 U.S. 218 (1967), suppressing out-of-court "photo array" identification evidence obtained in violation of the defendant's Constitutional rights and precluding an in-court identification of the defendant by any witness(es) who viewed the photo array, or in the alternative, for a hearing to determine the admissibility of such evidence; and

    b. Permitting defense counsel to supplement the instant *Wade* motion and/or to make any additional motions that may become necessary upon further disclosures from the government.

Dated:     New York, New York
           July 7, 2017

                                                              /s/
                                               _____
                                               JEREMY SCHNEIDER
                                               DAVID STERN
                                               Rothman, Schneider,
                                                  Soloway & Stern, LLP
                                              100 Lafayette Street, Ste. 501
                                              New York, New York 10013
                                              (212) 571-5500

2

TO:    CLERK OF THE COURT
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

HON. COLLEEN MCMAHON
United States District Court
Southern District of New York
500 Foley Square
New York, New York 10007

HAGAN SCOTTEN, ESQ.
JARED P. LENOW, ESQ.
Assistant United States Attorneys
Southern District of New York
One St. Andrews Plaza
New York, New York 10007