ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

October 2, 2018

Hon. Colleen McMahon
United States District Chief Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>   Re:   United States v. Dwaine Collymore
>         16 Cr. 521 (CM)

Dear Judge McMahon:

   David Stern and I represent Dwaine Collymore in the above-captioned case. Mr. Collymore is currently scheduled for sentencing before Your Honor on October 25, 2018. I am writing to request that the sentencing in this matter be adjourned until December 19, 2018 at 11:00am. I have spoken to your deputy and he has informed me that this is a convenient date for the court.

   I have contacted Assistant U.S. Attorneys Jared Lenow and Hagan Scotten, and the government does not object to this request.

   Please have your chambers contact my office if you have any questions.

Respectfully submitted,

Jeremy Schneider

cc:   AUSA Jared Lenow
      AUSA Hagan Scotten