ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN
RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/18

12/16/18

Sentencing Adj. to Feb 6, 2019
At 3:00 p.m.

December 5, 2018

Hon. Colleen McMahon
United States District Chief Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

OK

Re: United States v. Dwaine Collymore
    16 Cr. 521 (CM)

[signature] Colleen McMahon
12/11/18

Dear Judge McMahon:

David Stern and I represent Dwaine Collymore in the above-captioned case. Mr. Collymore is currently scheduled for sentencing before Your Honor on December 19th, 2018. I am writing to request that the sentencing in this matter be adjourned. We are proposing February 1st, 2019 anytime in the afternoon, or January 25th, 2019 in the morning prior to 12pm or between 1:30pm - 3:30pm.

The reasons for this requested adjournment are the following: I am still recovering from my recent unexpected surgery, and I will be out of the office during the last two weeks of December. Additionally we are still awaiting additional documents and information necessary to complete the sentencing submission.

I have conferred with Assistant U.S. Attorney Jared Lenow and while the government does not object to a two week adjournment, Mr. Lenow recognizes that the defendant needs and is requesting a longer adjournment.

Hon. Colleen McMahon
Dec. 5, 2018
Page Two

    Please have your chambers contact my office if you have any questions.

    Thank you in advance for your consideration in this matter.

                                              Respectfully submitted,

                                              Jeremy Schneider

cc:  AUSA Jared Lenow
      AUSA Hagan Scotten