UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: United States v. Dwaine Collymore

DOCKET NUMBER: 16 Cr. 521 (CM)

COUNSEL'S NAME: Jeremy Schneider, Esq.

COUNSEL'S ADDRESS: 100 Lafayette Street, Suite 501
New York, New York 10013

COUNSEL'S PHONE: 212-571-5500

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: MAR 0 7 2019*

## QUESTIONNAIRE

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order  [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of
[✓] Pre-trial proceedings: Plea held on 2/15/2018
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✓] Sentencing: held on 2/25/19
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Jeremy Schneider (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:  [✓] Funds   [ ] CJA Form 24

_/s/ Counsel's Signature_        3/7/2019
Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature        Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.