**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 7 2019

Caption:

**United States** v.

**Dwaine Collymore**

Docket No.: 16 Cr. 521 (CM)

Hon. Colleen McMahon
(District Court Judge)

Notice is hereby given that **Dwaine Collymore** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on **3/5/2019**
(date)

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence ✓ Other | |

Defendant found guilty by plea ✓ | trial | | N/A | .

Offense occurred after November 1, 1987? Yes ✓ No | N/A |

Date of sentence: **2/25/2019** N/A | |

Bail/Jail Disposition: Committed ✓ Not committed | N/A |

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

Defendant's Counsel: Jeremy Schneider, Esq. & David Stern, Esq.

Counsel's Address: 100 Lafayette Street, Suite 501

New York, New York 10013

Counsel's Phone: 212-571-5500

Assistant U.S. Attorney: Jared Lenow, Esq. & Hagan Scotten, Esq.

AUSA's Address: One Saint Andrew's Plaza

New York, New York 10007

AUSA's Phone: 212-637-1068 & 212-637-2410

Signature